IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA HENDRIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv21-MHT |
| | ) | (WO) |
| DOUGLAS CHAMBERS, etc., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Douglas Chambers, James Wilson, Malcolm Montgomery, and James T. Merk's motion for summary judgment (Doc. No. 13) is granted.

(2) Judgment is entered in favor of defendants Chambers, Wilson, Montgomery, and Merk and against plaintiff Barbara Hendrix, with plaintiff Hendrix taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Hendrix, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 22nd day of February, 2008.

                                   /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE